SINNOTT v NOBLE

1. TRIAL—INSTRUCTIONS—FAILURE TO OBJECT—BRIEFS—COURT RULES
   —APPEAL AND ERROR.

   Leave to appeal to the Michigan Supreme Court was improvi-
   dently granted where the only meritorious issue raised by the
   appellant was the correctness of the charge to the jury, no
   objection having been made by the appellant at trial and the
   issue not having been framed by appellant in his brief; there-
   fore, the issue is not properly before the Supreme Court and
   that Court does not pass on the correctness of the instructions
   given and neither approves nor disapproves them (GCR 1963,
   516, 813, 854).

Appeal from Court of Appeals, Division 1, Lesin-
ski, C. J., and Levin and O'Hara, JJ., affirming
Wayne, George T. Martin, J. Submitted September
5, 1973. (No. 10 September Term 1973, Docket No.
54,365.) Decided September 18, 1973.

Complaint by Dorothy Sinnott against Alexan-
der Noble, Richard Louis Ohlrich, and The Budd
Company for damages for injuries sustained in an
automobile collision. Judgment for plaintiff. De-
fendants Richard Louis Ohlrich and The Budd
Company appealed to the Court of Appeals. Af-
firmed. Defendants Richard Louis Ohlrich and The
Budd Company appeal. Appeal dismissed as im-
providently granted.

*Maile, Leach & Schreier,* for plaintiff.

REFERENCE FOR POINTS IN HEADNOTE
[1] 5 Am Jur 2d, Appeal and Error § 545 *et seq.*

*Alexander, Buchanan & Seavitt,* for defendants
Ohlrich and The Budd Company.

PER CURIAM.

ORDER.

The issues upon which leave to appeal in this
matter was heretofore granted having been thor-
oughly examined, and briefs and arguments
thereon considered, it is the opinion of the Court
that leave to appeal was improvidently granted.

The only meritorious issue raised by appellant
was the correctness of the charge to the jury. It is
not properly before us at this time, no objection
having been made by appellant at trial, GCR 1963,
516, and the issue not having been framed by
appellant in his brief, GCR 1963, 854; 813. For
additional reasons and discussion see 30 L Ed 2d
829, 847–854.

Accordingly, the Court does not pass on the
correctness of the instructions given, and neither
approves nor disapproves them.

T. M. KAVANAGH, C. J., and T. E. BRENNAN, T. G.
KAVANAGH, SWAINSON, WILLIAMS, and M. S. COLE-
MAN, JJ., concurred.

LEVIN, J., did not sit in this case.